# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUCCESSION OF DAVID NEWMAN, JR.

NO. 2026 CW 0933

**JULY 29, 2026**

In Re:     Nicole Jackson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 113129.

BEFORE:    **WOLFE, STROMBERG, AND BALFOUR, JJ.**

   **STAY DENIED; WRIT NOT CONSIDERED.** This writ application failed to include a copy of the judgment, order or ruling complained of and the pertinent court minutes, in violation of Rule 4-5(C)(6) and (10) of the Uniform Rules of Louisiana Courts of Appeal. In addition, this court requires a copy of the transcript of the pertinent hearing and all evidence introduced at the hearing.

   Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

   In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before August 28, 2026, and must contain a copy of this ruling.

                         **EW**
                         **TPS**
                         **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT